David W. Fassett (DWF 1636)
ARSENEAULT WHIPPLE FARMER FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, NJ 07928
(973) 635-3366
Attorneys for Defendant Darrin Gonchar

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Susan D. Wigenton, U.S.D.J. |
| v. | Criminal No. 07-290 (SDW) |
| DARRIN GONCHAR, | |
| Defendant | |

### ORDER PERMITTING DEFENDANT, WITH PROBATION'S PRIOR CONSENT, TO TRAVEL OUT OF STATE DOMESTICALLY FOR BUSINESS PURPOSES UPON COMMENCING SUPERVISED RELEASE

THIS MATTER having come before the Court on the application of counsel for Defendant (David W. Fassett, Esq., appearing) for an Order permitting Defendant, with Probation's prior consent, to travel out of state domestically for business purposes upon commencing supervised release on or around November 19, 2008; and it appearing that by Final Judgment entered October 29, 2007, the Court sentenced Defendant to a term of imprisonment of twelve (12) months and one (1) day and, thereafter, to a term of supervised release of three (3) years; and it further appearing that the Bureau of Prisons is scheduled to release Defendant from custody on November 19, 2008, upon which Defendant will commence his supervised release term; and it further appearing that Probation has a policy which precludes defendants from traveling out of state during the first sixty (60) days of their supervised release term absent an Order permitting such travel; and it further appearing that Probation (Karen L. Merrigan, USPO,

appearing), takes no position with respect to this application and that counsel for the government (Lorraine S. Gerson, AUSA, appearing) defers to Probation with respect to this application; and for good cause shown;

IT IS on this 19th day of September 2008,

ORDERED that the foregoing application be, and hereby is, ~~GRANTED~~ Denied, and that ~~Defendant be, and hereby is, permitted, with Probation's prior consent, to travel out of state domestically upon commencing supervised release on or around November 19, 2008.~~

_____
Honorable Susan D. Wigenton, U.S.D.J.